No. 05–8054. ROY v. COPLAN, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 05–8056. TRACEY v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 05–8057. WILSON v. KANSAS CITY INSURANCE CO. C. A. 8th Cir. Certiorari denied.

No. 05–8061. VIVONE v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 05–8062. BERRY v. MORGAN, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 05–8063. CUMMINGS v. CITY OF PHILADELPHIA, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–8068. WILKERSON v. GRINNELL CORP. C. A. 11th Cir. Certiorari denied.

No. 05–8070. THOMPSON v. OVERTON ET AL. C. A. 6th Cir. Certiorari denied.

No. 05–8071. KAI UWE THIER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 05–8078. ROBINSON v. MILLER, SUPERINTENDENT, EASTERN NEW YORK CORERCTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 05–8079. MCMAHON v. LANTZ, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTION. App. Ct. Conn. Certiorari denied.

No. 05–8083. STEELE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 05–8084. MARTIN v. ROBERTS ET AL. C. A. 10th Cir. Certiorari denied.

No. 05–8086. MOBLEY v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.